UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | **SEALED INDICTMENT** |
|---|---|
| v. | 24 Cr. |
| ALI SAWANEH, and MAHAMADOU SAWANEH, | 24 CRIM 244 |
| Defendants. | |

## COUNT ONE
### (Conspiracy to Commit Bank Fraud)

The Grand Jury charges:

1. From at least in or about May 2020 through at least in or about April 2023, in the Southern District of New York and elsewhere, ALI SAWANEH and MAHAMADOU SAWANEH, the defendants, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to commit bank fraud, in violation of Title 18, United States Code, Section 1344.

2. It was a part and an object of the conspiracy that ALI SAWANEH and MAHAMADOU SAWANEH, the defendants, and others known and unknown, knowingly would and did execute, and attempt to execute, a scheme and artifice to defraud a financial institution, as that term is defined in Title 18, United States Code, Section 20, and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, such a financial institution, by means of false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344, to wit, ALI SAWANEH and MAHAMADOU SAWANEH agreed to make and cause to be made false statements to multiple financial institutions in order to obtain funds to which they were not entitled, including by

fraudulently depositing stolen and manipulated checks into accounts at those financial institutions, and then using and withdrawing funds from those accounts.

(Title 18, United States Code, Section 1349.)

## COUNT TWO
### (Bank Fraud)

The Grand Jury further charges:

3. From at least in or about May 2020 through at least in or about April 2023, in the Southern District of New York and elsewhere, ALI SAWANEH and MAHAMADOU SAWANEH, the defendants, knowingly executed, and attempted to execute, a scheme and artifice to defraud a financial institution, as that term is defined in Title 18, United States Code, Section 20, and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, such a financial institution, by means of false and fraudulent pretenses, representations, and promises, to wit, ALI SAWANEH and MAHAMADOU SAWANEH engaged in scheme to make false statements to multiple financial institutions in order to obtain funds to which they were not entitled, including by fraudulently depositing stolen and manipulated checks into accounts at those financial institutions, and then using and withdrawing funds from those accounts.

(Title 18, United States Code, Sections 1344 and 2.)

## FORFEITURE ALLEGATION

4. As a result of committing the offenses alleged in Count Ones and Two of this Indictment, ALI SAWANEH and MAHAMADOU SAWANEH, the defendants, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any and all property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as a

result of the commission of said offenses, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses.

## Substitute Assets Provision

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

(Title 18, United States Code, Section 982;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

FOREPERSON

DAMIAN WILLIAMS
United States Attorney

3